# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994



Receipt # 11092562
10/17/11 cg

October 13, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    BRANDOW, JODY L.    /Case # 04-13572
            Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $71.18. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    Claimant   VERIZON WIRELESS NORTHEAST    Amount $    71.18 Claim Register #   31

                                                    JOHN H. RING, III
                                                    Trustee

JHR/pls
Enc.



FILED
OCT 1 7 2011
BANKRUPTCY COURT
BUFFALO, N.Y.