# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215


Receipt
# 11092592
$7.88

TEL: (716) 831-1994

October 19, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: BRANDOW, JODY L. /Case # 04-13572
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $7.88. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| Household Receivable Acquisition Corp. II | 0.76 | 11 |
| GILLEN & WELLMAN | 3.87 | 22 |
| SOUTHERN WINE & SPIRITS OF UPSTATE NY | 2.53 | 25 |
| TRI COUNTY FAMILY MEDICINE, INC. | 0.72 | 29 |

JOHN H. RING, III
Trustee

JHR/pls
Enc.


FILED
OCT 21 2011
BANKRUPTCY COURT
BUFFALO, N.Y.